UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-2247-TURNOF

UNITED STATES OF AMERICA

VS.

JESUS JAVIER MACHADO
        Defendant,
_____/

# ORDER

This Court, having reviewed the Defendant's Nebbia Proffer and the Nebbia stipulation executed by Assistant United States Attorney and Defense Counsel, finds that the Nebbia condition has been satisfied and ORDERS that the Defendant be allowed to post a $100,000.00 Corporate Surety and a $100,000.00 Personal Bond imposed by the Court.

DONE AND ORDERED in Chambers this 13th Day of March, 2009.

_____
United States Magistrate
STEPHEN T. BROWN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-2247-Turnoff

UNITES STATES OF AMERICA,

vs.

JESUS J. MACHADO,

      Defendant.
_____/

## NEBBIA STIPULATION

The undersigned Counsel having discussed the Nebbia Proffer and receiving the approval of the Assistant US Attorney Jamie McCall files this its Nebbia Stipulation certifying that all funds for the Corporate Surety have satisfied the Nebbia requirements and that the Defendant should be permitted to post a $100,000.00 Corporate Surety and a $100,000.00 Personal Bond imposed by the Court.

This Court having reviewed the Defendant's Nebbia Proffer and the Nebibia Stipulation executed by Defense Counsel, finds that the Nebbia Conditions have

been satisfied and ORDERS that Defendant be allowed to post a $100,000.00 Corporate Surety and $100,000.00 Personal Bond imposed by the Court.

Dated this 16th day of March, 2009.

_____  _____
John G. George, Esq.          Louis C. Pironti, Esq.
The George Law Group, P.A.    Louis C. Pironti, P.A.
Attorney for Defendant        Attorney for Defendant
The Advocate Building, First Floor   The Advocate Building, First Floor
315 Southeast Seventh Street  315 Southeast Seventh Street
Fort Lauderdale, Florida 33301   Fort Lauderdale, Florida 33301
FBN: 369489                   FBN: 369489
954-522-1177                  954-522-1177
Fax: 954-522-1572             Fax: 954-522-1177

_____
Jamie M. McCall, AUSA
United States Attorney's Office
99 Northeast Fourth Street
Miami, Florida 33132-2111
FBN:

UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S)
# NOT SCANNED/SCANNED
### and are available in the
## SUPPLEMENTAL PAPER FILE

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

CASE NO. 09-2247-WCT

Date 3/19/09

- ☐ **DUE TO POOR QUALITY**
- ☐ **VOLUMINOUS** (exceeds 999 pages = 4 inches)
  consisting of (boxes, notebooks, etc.) _____
- ☐ **BOUND EXTRADITION PAPERS**
- ☐ **ADMINISTRATIVE RECORD** (Social Security)
- ☐ **ORIGINAL BANKRUPTCY TRANSCRIPT**
- ☐ **STATE COURT RECORD/TRANSCRIPT** (Habeas Cases)
- ☐ **SOUTHERN DISTRICT TRANSCRIPTS**
- ☐ **LEGAL SIZE**
- ☐ **DOUBLE SIDED**
- ☐ **PHOTOGRAPHS**
- ☐ **SURETY BOND** (original or letter of undertaking)
- ☐ **CD's, DVD's, VHS Tapes, Cassette Tapes**
- ☐ **OTHER** = _____